IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLIFFORD SLIGHTOM,** )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>**NATIONAL MAINTENANCE &** )<br>**REPAIR, INC.,** )<br>)<br>Defendant. ) | Civil No. **09-683-JPG-CJP** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Motion to Compel Plaintiff's Rule 26(a)(1) Disclosures. **(Doc. 23)**.

Plaintiff has failed to respond to the motion, and the time for doing so has now expired. The Court deems the failure to respond to be an admission of the merits of the motion, pursuant to SDIL-LR 7.1(g).

Defendant's Motion to Compel Plaintiff's Rule 26(a)(1) Disclosures **(Doc. 23)** is **GRANTED**. Plaintiff is ordered to serve his initial disclosures by February 10, 2010.

**IT IS SO ORDERED.**

**DATED: January 29, 2010.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**