UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CLIFFORD SLIGHTOM,

    Plaintiff,

  v.

NATIONAL MAINTENANCE
& REPAIR, INC.,

    Defendant.

Case No. 09-cv-683-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Clifford Slightom's claims for retaliation (Count I) and punitive damages (Count II) are dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Slightom's claim for violation of the Americans with Disabilities Act (Count III) is entered in favor of Defendant National Maintenance & Repair, Inc. and against Slightom.

**DATED: October 14, 2010**           NANCY ROSENSTENGEL
                                                      By: s/ Jina Hoyt, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**